UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| James R. Daniel Jr. | ) Case No.: 12-11636-RLM-13 |
| Laura D. Daniel | ) |
| | ) |
| Debtors | ) |

## DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS AND NOTICE OF RESPONSE DEADLINE

Debtors file this First Omnibus Objection to Claims, pursuant to Fed.R.Bankr.P. 3007(d). **Claimants receiving the objection should locate their names and claims on the attached chart**.

**PLEASE TAKE NOTICE** THAT any objection must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)]. Those not required or permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/express mail, or in person at:

> United States Bankruptcy Court
> Southern District of Indiana
> 116 U.S. Courthouse
> 46 E. Ohio Street
> Indianapolis, IN 46204

The responding party must also ensure delivery of the response to the party filing the objection. **If an objection is NOT timely filed, the requested relief may be granted.** If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, Debtors, by counsel, move the Court to enter an Order modifying the proof of claims as described below and for such further relief as is just and proper in the premises.

Respectfully submitted:

/s/ Joshua Twombley
Joshua Twombley
Attorney for Debtors
UAW Legal Services Plan
217 E. Southway Blvd, Suite 201
Kokomo, IN 46902
(765) 864-6400
Fax (765) 864-6424
joshuatw@uawlsp.com

## DEBTORS' OBJECTIONS TO CLAIMS

| Claimant | Claim # | Grounds for Objection | Proposed Treatment |
| --- | --- | --- | --- |
| American InfoSource LP | 2 | Cannot tell the validity of the amount of the claim Rule 3007(d)(6) | Disallow. |
| American InfoSource LP | 6 | Cannot tell the validity of the amount of the claim Rule 3007(d)(6) | Allow as an unsecured claim but reduce claim from $986.33 to $562.00. |
| InSolve Recovery, LLC | 20 | Duplicate of claim 16 Rule 3007(d)(1) | Disallow. |

## CERTIFICATE OF SERVICE

Undersigned hereby certifies that a copy of the foregoing pleading has been duly served upon all interested parties and the following by first class U.S. Mail, postage prepaid, and/or electronically through ECF on this the 2nd day of March 2015.

Ann M. Delaney
Chapter 13 Trustee
P.O. Box 441285
Indianapolis, IN 46244

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

InSolve Recovery, LLC
c/o Capital Recovery Group
Dept. 3203
P.O. Box 123203
Dallas, TX 75312-3203

American InfoSource, LP
as agent for Midland Funding, LLC
P.O. Box 268941
Oklahoma City, OK 73126-8941

American InfoSource, LP
as agent for T Mobile/T-Mobile USA Inc.
P.O. Box 248848
Oklahoma City, OK 73124-8848

/s/ Joshua Twombley
Joshua Twombley
Attorney for Debtors
UAW Legal Services Plan
217 E. Southway Blvd, Suite 201
Kokomo, IN 46902
(765) 864-6400
Fax (765) 864-6424
joshuatw@uawlsp.com